VINCENT FREEMAN II #6006383
Name and Inmate Booking Number

CLARK COUNTY DETENTION CENTER
Place of Confinement

P.O. BOX #43059
Mailing Address

LAS VEGAS NV 89116
City, State, Zip Code

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 19 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VINCENT FREEMAN II, Plaintiff

vs.

(1) LVMPD,
(2) V. CUEVAS (P# 16650),
(3) J. SCHEELER (P# 18081),
(4) B. PAULO (P# 18029),
(5) JOHN DOE (SGT.),
Defendant(s).

Case No. 2:23-cv-01139-CDS-VCF
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT BY AN INMATE**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☒ Jury Trial Demanded

## A. JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
☐ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
☐ Other: ______

2) Institution/city where Plaintiff currently resides: LAS VEGAS NEVADA

3) Institution/city where violation(s) occurred: LAS VEGAS NEVADA

## B. DEFENDANTS

1. Name of first Defendant: LVMPD. The first Defendant is employed as: POLICE DEPARTMENT at LVMPD.
(Position of Title) (Institution)

2. Name of second Defendant: V. CUEVAS P#16650. The second Defendant is employed as: PEACE OFFICER at LVMPD.
(Position of Title) (Institution)

3. Name of third Defendant: J. SCHEELER P#18081. The third Defendant is employed as: PEACE OFFICER at LVMPD.
(Position of Title) (Institution)

4. Name of fourth Defendant: B. PAULO P#18029. The fourth Defendant is employed as: PEACE OFFICER at LVMPD.
(Position of Title) (Institution)

5. Name of fifth Defendant: JOHN DOE (SGT.). The fifth Defendant is employed as: (SGT.) PEACE OFFICER at LVMPD.
(Position of Title) (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. NATURE OF THE CASE

Briefly state the background of your case.

WHILE PARKED IN A VEHICAL I WAS HARRASED 12/4/21 AND FORCE TO GET OUT THE VEHICAL WITHOUT 'PC'. WITHOUT PROBABLE CAUSE WITH THREAT OF PHYSICAL HARM FROM THE OFFICERS PRESENT. HANDS ON THEIR STATE ISSUED WEAPONS. (GUNS) THEY INSTRUCTED ME TO EXIT THE VEHICAL. IN WHICH I COMPLIED. AS I STEPPED OUT OF THE TRUCK I ASKED THE SGT. TO LET ME SHUT MY DOOR SO I COULD ACTIVATE THE VEHICALS ANTI THEFT ALARM. HE TOLD ME; "NO AND THAT THEY WILL SEARCH IT GOOD....

## D. CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: 4TH AMENDMENT ILLEGAL SEARCH AND SEIZURE, 14TH AMENDMENT.

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail
☐ Disciplinary proceedings ☐ Exercise of religion ☒ Property
☐ Access to the court ☐ Excessive force by officer ☐ Retaliation
☐ Threat to safety ☐ Other: __________.

3. **Date(s) or date range** of when the violation occurred: 12/4/21 UNTIL 12/5/21.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

THE SGT PRESENT TOLD ME HOW THEY WILL SEARCH THE VEHICAL EVEN AFTER I ASK TO SHUT THE DOOR TO ACTIVATE THE ALARM.

OFFICER CUEVAS ALONG WITH OFFICER SCHEELER NOT ONLY SEARCH THE VEHICAL WITHOUT WARRANT OR CONSENT OR ANY PROBABLE CAUSE. BOTH OFFICERS BWC FOOTAGE SHOWS MULTIPLE PROCEDURAL VIOLATIONS FOR OFFICERS IN OFFICAL CAPACITY AND THAT OF ONES CONSTITUTIONAL RIGHT.

OFFICER SCHEELER BEING THE EXAMINING OFFICER ON BWC IS SEEN AWAY FROM THE VEHICAL APPROXIMATELY 1 OR 2 LINEAR MESSUREMENT RODS AWAY BEHIND A ABANDON BUILDING DOING SOMETHING OUT OF THE ORDINARY AFTER THE EXAM PREVIOUSLY STARTED BEFORE RETURNING. THE VEHICAL DOORS ADJARED WITH OFFICER SCHEELER, AS I WAS ALREADY TRANSPORTED TO C.C.D.C BY OFFICER PAULO.

DUE TO THE SAME FACTS A MOTION TO SUPPRESS WAS NOT ONLY FILED BUT CONCLUDED THE CASE PROCEEDINGS.

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: 14TH AMENDMENT CRUEL & UNUSUAL PUNISHMENT. (EXCESSIVE FORCE) 4TH AMENDMENT.

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail

☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property

☐ Access to the court ☒ Excessive force by officer ☑ Retaliation

VEH ☒ Threat to safety ☐ Other: ______________________.

3. **Date(s) or date range** of when the violation occurred: 12/4/21 – 12/5/21.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

EACH OFFICER STANDING POST IN POSITIONS RANGING FROM HIGH LETHAL, LOW LETHAL AND VERBAL COMMAND ALL HOSTERING HANDS ON GUNS IN DRAWING STANCE IF NOT COMPLETELY DRAWN INSTRUCTED ME TO STEP OUT OF A PARKED VEHICAL WITHOUT PROBABLE CAUSE DOING SO WITH IMMEDIATE THREAT OF PHYSICAL HARM. DUE TO THE OFFICER THREAT OF HARM I COMPLIED BECAUSE I FELT AS IF THEY WERE GOING TO AND WOULD SHOOT ME, AS WELL DID MY MOM WHO I WAS ON FACETIME DUO WITH AT THE TIME. MY MOTHER ALSO INSTRUCTED ME TO STEP OUT BEFORE THEY KILL ME. DUE TO THE CIRCUMSTANCES AND THREAT OF HARM EACH OFFICER DISPLAYED. AS INSTRUCTED BY THE SGT.

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: 14TH AMENDMENT AND 4TH AMENDMENT

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail
☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property
☐ Access to the court ☐ Excessive force by officer ☐ Retaliation
☐ Threat to safety ☒ Other: HARRASMENT.

3. **Date(s) or date range** of when the violation occurred: ______.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

OFFICER SCHEELER STATES THAT I'M A B*TCH AND HE WANTS ME TO GO TO JAIL ON BWC FOOTAGE. STATING THAT BECAUSE HE AND HIS PARTNER J. VILLAREAL P#18306 DETAINED AND ARRESTED ME 9/13/21 AT 23:12 AND AFTER WATCHING HIS BWC THEY REALIZED I PLACED A PERSONAL BAG ON THE GROUND THAT THEY DIDN'T SEARCH AS HE STATED HE'S SURE I HAD SOMETHING IN IT. EVENT #LLV210900057024 ALL AS STATED ON BWC FOOTAGE FROM 12/4/21-12/5/21 INCIDENT UNDER EVENT #211200016085.

OFFICER CUEVAS BEING THE FIRST OFFICER TO APPROACH ME 12/4/21 WITHOUT HEAD LAMPS OR BEACON LIGHTS AS I WAS PARKED ASKING ME "IF I REMEMBERED HER AND IF I GOT THE TAGS UPDATED". PRIOR TO RETURNING TO HER PATROL CAR IGNITING THE BEACON LIGHTS CALLING FOR BACK UP. AND ON CAMERA EXPLAINING TO THE RESPONDING SGT. HER CONCERNS AND HARRASMENT. WHEN THE SGT. ASKED IF HER BODYCAM WAS ON SHE SAID "NO" ALL CAPTURED ON BWC.

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

## E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated? ☒ Yes ☐ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)? ☐ Yes ☒ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?" ☐ Yes ☒ No

## F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: PUNITIVE DAMAGES; AS WELL AS ACTUAL COMPENSATORY GENERAL DAMAGES AND NOMINAL.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

____________________
(name of person who prepared or helped prepare this complaint if not the plaintiff)

[signature]
(signature of plaintiff)

JULY 13TH 2023
(date)

## ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.