**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Vincent Freeman, II, | 2:23-cv-01139-CDS-MDC |
| Plaintiff(s), | |
| vs. | **ORDER GRANTING MOTION** |
| LVMPD, et al., | |
| Defendant(s). | |

For good cause shown and because it is unopposed, the *Motion to Extend Time to File an Answer* (ECF No. 24) is GRANTED *nunc pro tunc*. Defendants' Answer to the Complaint, located at ECF No. 21, is deemed timely filed.

DATED this 5th day of March 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge