**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Vincent Freeman, II,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LVMPD, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-01139-CDS-MDC<br><br>**ORDER DENYING MOTION FOR USM-285 FORMS (ECF NO. 44)** |

Plaintiff filed a *Motion for USM-285 Forms* (ECF No. 44), requesting for two USM-285 forms to serve defendants added in his amended Complaint (ECF No. 29). The Court liberally construes plaintiff to be requesting marshal service. *See Erickson v. Pardus*, 551 U.S. 89, 94, 127 S. Ct. 2197, 167 L. Ed. 2d 1081 (2007) ("A document filed *pro se* is 'to be liberally construed[.]' "). The Court **DENIES** plaintiff's Motion without prejudice for the reasons below.

Plaintiff is currently incarcerated at High Desert State Prison. Because plaintiff is an incarcerated individual proceeding *pro se*, plaintiff is entitled to rely on the U.S. Marshal for service. *Puett v. Blandford*, 912 F.2d 270, 275 (9th Cir. 1990) (an incarcerated pro se plaintiff proceeding in forma pauperis is entitled to rely on the U.S. Marshal for service of the summons and complaint by providing the "necessary information to help effectuate service").

However, the Court previously ordered that if plaintiff "wishes to have service again attempted on an unserved defendant, a motion must be filed… identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted." *ECF No. 18* at 2. In the Motion, plaintiff fails to identify the specific unserved defendants he is requesting marshal service for and does not provide any last known addresses that he will use to serve the unserved defendants. *See ECF No. 44*. He also does not address if any other manner of service should be attempted on the unserved defendants. *Id.*

Thus, the Court denies plaintiff's request for marshal service without prejudice. Plaintiff must specify the defendants he seeks to serve by marshal service and the addresses he plans to use to serve those defendants. He must also outline his efforts to locate a last-known address for the unserved defendants he seeks to serve by marshal service and whether any other manner of service should be attempted.

ACCORDINGLY,

**IT IS ORDERED** that:

1.     Plaintiff's *Motion for USM-285 Forms* (ECF No. 44) is **DENIED** without prejudice.

2.     Plaintiff must specify the specific defendants he is seeking to serve by marshal service and the addresses he plans to use to serve those defendants. He must also outline his efforts to locate a last-known address for the defendants he seeks to serve by marshal service and whether any other manner of service should be attempted.

DATED: June 24, 2026

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues

waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.